**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 1 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> EDUARDO BARRAGAN CORRALES, AKA Eduardo Barragan-Corrales, AKA Alejandro Martinez-Zavala, <br><br> Defendant - Appellant. | No. 24-4481 <br><br> D.C. No. 4:14-cr-00099-BLW-1 <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Idaho
B. Lynn Winmill, District Judge, Presiding

Submitted April 22, 2025[**]

Before: GRABER, H.A. THOMAS, and JOHNSTONE, Circuit Judges.

Eduardo Barragan Corrales appeals pro se from the district court's order

denying his second motion for compassionate release under 18 U.S.C.

§ 3582(c)(1)(A)(i). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Corrales contends that the district court should have granted compassionate release based on his family circumstances. As the district court found, however, Corrales did not establish that either of his parents is incapacitated or that he is the only caregiver available for them. On this record, the district court did not abuse its discretion in finding that Corrales had not established extraordinary and compelling circumstances and that compassionate release was therefore unwarranted. *See United States v. Aruda*, 993 F.3d 797, 799 (9th Cir. 2021).

**AFFIRMED.**